JUNE 11, 2013

To: CLERK / U.S. DISTRICT COURT
William J. Nealon Federal
Building and U.S. Courthouse
235 N. Washington Avenue
P.O. Box 1148
Scranton, Pa. 18501

Fr: Kevin Brian Dowling
No. DY 6243
S.C.I. GREENE
175 Progress Drive
Waynesburg, Pa. 15370

SUBJECT: IN RE: Commonwealth v. Dowling
No. 1:13-cv-0510-ARC

FILED
SCRANTON
JUN 1 3 2013
PER _____
DEPUTY CLERK

Dear Sir or Madam,

    Please respond promptly as this matter is urgent. I am an indigent inmate on Pennsylvania Death Row. There have been a series of filings in the above matter. I am unable to obtain them from my attornies. I have a right to all filings related to my case.

    Please send me copies of all filings or Orders made by Judge Caputo in this specific matter listed above, especially the Motion to Dismiss the Attorney General's Motion filed by the Federal Community Defender Office, and the Motion to Remand the Issue back to state court, filed by the Pa. Attorney General. Since I have no idea what is on the docket sheet, I need to know if there were any other filings or orders on this issue.

    I am indigent, but if I must pay for those copies, please respond promptly and advise me how much it will cost. I am aware that Oral Argument is scheduled on June 19, 2013, so please respond soon.
Thank you.

cc. file

Sincerely,

*Kevin Brian Dowling*
Kevin Brian Dowling

KEVIN BRIAN DOWLING / DY 6243
175 Progress Drive
Waynesburg, PA 15370

RECEIVED
SCRANTON
JUN 13 2013
PER _____
DEPUTY CLERK

INMATE MAIL
PA DEPT
OF CORRECTIONS

CLERK / U.S. DISTRICT COURT
William J. Nealon Federal
Building and U.S. Courthouse
235 N. Washington Avenue
P.O. Box 1148
Scranton, Pa. 18501

02 1R
0006559654
MAILED FROM ZIP CODE 15370
$00.46°
JUN 11 2013
UNITED STATES POSTAGE
PITNEY BOWES