# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### Capital Habeas Unit

FEDERAL COURT DIVISION DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST -- THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

ELLEN T. GREENLEE
DEFENDER

PHONE NUMBER (215) 928-0520
FAX NUMBER    (215) 928-0826
FAX NUMBER    (215) 861-3508

LEIGH M. SKIPPER
CHIEF FEDERAL DEFENDER

June 17, 2013

Honorable A. Richard Caputo
U.S. District Court
 Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

Re:   **Commonwealth v. Kevin Dowling, et al.**
       Civil Action  1:13-cv-0510

Your Honor:

In a letter dated June 11, 2013, Mr. Kevin Dowling wrote to the Court, requesting a copy of the pleadings in this matter.  I am writing to inform the Court that a copy of the substantive pleadings was provided to Mr. Dowling under cover of letter dated June 7, 2013.

Thank you for your consideration.

Respectfully,

s/ Helen A. Marino

Helen A. Marino
Chief, Capital Habeas Unit

cc:   Christopher Schmidt, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2013, a true and correct copy of the

foregoing letter was served via ECF upon the following:

> Christopher J. Schmidt
> Office of Attorney General - Criminal Law Division
> Appeals and Legal Services Section
> 16th Floor
> Strawberry Square
> Harrisburg, PA 17120

/s/ Thomas B. Schmidt, III
Thomas B. Schmidt, III