**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Commonwealth's Motion to Appoint Counsel Against or Directed to Defender Association of Philadelphia, Respondent,<br><br>Filed In<br><br>COMMONWEALTH OF PENNSYLVANIA,<br><br>v.<br><br>KEVIN DOWLING. | CIVIL ACTION NO. 1:13-CV-510<br><br>(JUDGE CAPUTO) |

**ORDER**

**NOW**, this 16th day of August, 2013, **IT IS HEREBY ORDERED** that:

(1) The Commonwealth's Motion to Remand (Doc. 14) is **GRANTED**.

(2) The Commonwealth's Motion to Appoint Counsel is **REMANDED** to the Court of Common Pleas of York County, Pennsylvania.

(3) The Defender Association of Philadelphia's Motion to Dismiss (Doc. 11) is **DENIED as moot**.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge